**Order filed July 06, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00669-CV
_____

### IN RE: COMMITMENT OF J.W.H., Appellant

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-236479**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Petitioner's Exhibit 6A: DVD – "Dr. Thorne Redacted Depo #2" & Pettitioner's Exhibit 6C: DVD – "Redacted Thorne Depo".**

The clerk of the 268th District Court is directed to deliver to the Clerk of this court the original of Petitioner's Exhibit 6A: DVD – "Dr. Thorne Redacted Depo

#2" & Pettitioner's Exhibit 6C: DVD – "Redacted Thorne Depo", on or before **July 16, 2018.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Petitioner's Exhibit 6A: DVD – "Dr. Thorne Redacted Depo #2" & Pettitioner's Exhibit 6C: DVD – "Redacted Thorne Depo", to the clerk of the 268th District Court.


PER CURIAM